# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAYE MILLIKEN,

                Plaintiff,

-vs-                              **Case No.  6:08-cv-822-Orl-28DAB**

KRANZ TREE SERVICE, INC.,

                Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 11) and Amended Motion for Default Judgment (Doc. No. 12), both filed September 5, 2008. The United States Magistrate Judge has submitted a report recommending that the Motion for Default Judgment be denied as moot and the Amended Motion for Default Judgment be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 14), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.    That the Report and Recommendation filed September 11, 2008 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Motion for Default Judgment (Doc. No. 11) is **DENIED as moot.**

      3.    The Amended Motion for Default Judgment (Doc. No. 12) is **DENIED.**

4.     Plaintiff is ordered to show cause, within eleven (11) days from the date of this

Order, why the Complaint should not be dismissed.

DONE and ORDERED in Chambers, Orlando, Florida this ___1st___ day of October, September, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party